# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

144781

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHARLES ANTHONY LEFEVERS,
      Plaintiff-Appellee,

v

SC: 144781
COA: 298216
Wayne CC: 08-116325-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant,

and

TITAN INSURANCE COMPANY, ZURICH
AMERICAN INSURANCE COMPANY,
STEADFAST INSURANCE COMPANY,
CLARENDON NATIONAL INSURANCE
COMPANY and REDLAND INSURANCE
COMPANY,
      Defendants.

_____/

On order of the Court, the application for leave to appeal the December 13, 2011 judgment of the Court of Appeals is considered. We direct the clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the tailgate on the plaintiff's dump trailer was "equipment permanently mounted on the vehicle" for purposes of MCL 500.3106(1)(b), and, if so, whether the plaintiff's injury was "a direct result of physical contact with" the tailgate. The parties may file supplemental briefs within 35 days of the date of this order, but they should not submit mere restatements of their application papers.

MARILYN KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

h0927